FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 MAR 25 PM 2:28

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. CR 15-1027 VJ1 |
| vs. | ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute a |
| **JAIME JUAN ALVARADO**, | ) Mixture and Substance Containing a Detectable Amount of Methamphetamine; |
| Defendant. | ) 18 U.S.C. § 2: Aiding and Abetting |

## INFORMATION

The United States Attorney charges:

On or about January 20, 2015, in Chaves County, in the District of New Mexico, the defendant, **JAIME JUAN ALVARADO**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

DAMON P. MARTINEZ
United States Attorney

_f.c./_

TERRI J. ABERNATHY
Assistant U.S. Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces, NM 88011
(575) 522-2304