# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

Before the Honorable CARMEN E. GARZA

### CRIMINAL CLERK'S MINUTES at Las Cruces
(by Zoom Video Conference)

| Case Number: | **CR 15-1027 JBM** | Date: | **6/9/2021** | Recording Information: | **LCR ORGAN** |
|---|---|---|---|---|---|
| Clerk: | **B. WILSON** | Type of Hearing: | | **SHOW CAUSE/DETENTION** | |

| Defendant(s): | | Attorney(s): | | Appt'd. | Ret'd. |
|---|---|---|---|---|---|
| **JAIME JUAN ALVARADO** | | **STEVEN ALMANZA** | | ☒ | ☐ |
| | | | | ☐ | ☐ |

| Assistant U.S. Attorney: | **LUKE RIZZO CASCIO** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Probation Officer: | **VIRGINIA SILVA** | Court in Session: | **9:40-9:43 A.M.   3 MIN** | |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☐ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of show cause/detention hearing; Matter referred to the District Judge for a Disposition Hearing |
| ☒ | Defendant admitted violation; Matter referred to the District Judge for a Disposition Hearing |
| ☐ | Set for |
| | |
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| | |
| ☐ | Other: |