# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Jaime Juan Alvarado

*Defendant*

Case No. 5:15-cr-01027-RB

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, Jaime Juan Alvarado , Defendant, understand that I am scheduled for a re revocation of supervised release hearing on 3/1/22 .

*nature of hearing*      *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 2/9/22

*Defendant's signature*

*Signature of defendant's attorney*

Steven L. Almanza
*Printed name of defendant's attorney*

steven.l.almanza@gmail.com
*Defendant's attorney's e-mail address*