## VIOLATION OF SUPERVISED RELEASE PROCEEDINGS MINUTE SHEET
## ZOOM

| CR No.: **15-1027 RB** | USA v. | **ALVARADO** | | |
|---|---|---|---|---|
| Date: **03/01/2022** | Time in: **11:12 AM** | Time Out: **11:27 AM** | | **15 MINUTES** |
| Before the Honorable | **ROBERT C. BRACK, SENIOR UNITED STATES DISTRICT JUDGE** | | | |

| Clerk: | **JO ANN O. STANDRIDGE** | Court Reporter: | **VANESSA ALYCE CHAVEZ** |
|---|---|---|---|
| Defendant: | **JAIME JUAN ALVARADO** | Defendant's Counsel: | **STEVEN ALMANZA** |
| AUSA: | **TERRI ABERNATHY** | Probation Officer: | **MONICA PENA** |
| VSR Held: | **LAS CRUCES, NM** | Interpreter: | **N/A** |

## ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| X | Defendant sworn |
| X | Court questions Defendant regarding his/her physical and mental conditions |
| X | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s):  **MC (Petition #28 – 05/20/2021) (Deft admitted to violation on 06/29/2021 before Judge Garza)** |
| X | Proceed to sentencing |

## SENTENCE IMPOSED

| Imprisonment: | **279 DAYS OR TIME SERVED, WHICHEVER IS LESS** | Supervised Release: | **WILL NOT BE REIMPOSED** |
|---|---|---|---|

## SPECIAL CONDITIONS

| | | |
|---|---|---|
| No re-entry without legal authorization | Reside at a Residential Reentry Center _____ months | |
| Comply with ICE laws and regulations | Location monitoring for a period of _____ months | |
| Participate in an outpatient subst abuse program / testing (up to 60 tests per year) | Complete _____ hours of Community Service | |
| Participate in an inpatient subst abuse program | Meet any legal obligation for support any person | |
| Participate in a mental health treatment program / take all mental health medications prescribed | Must not engage in any form of gambling | |
| Participate in a cognitive behavior treatment program | Provide financial information | |
| Waive your right to confidentiality (subst abuse / mental) | No new credit charges | |
| Submit to search of person/property | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | |
| Refrain form use or possession of alcohol / testing (up to 4 tests per day) | No contact with any known gang member | |
| Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia | |
| Participate in an educational or vocational program | File timely, accurate and lawful income tax returns and provide proof to the Probation Officer as requested | |
| Participate in a community-based program which provided education and training in: | | |
| Parenting | Anger Management | Domestic Violence |

| | |
|---|---|
| X | **ADVISED OF** Appeal Rights |
| X | **HELD IN CUSTODY** |
| | Recommended place of incarceration: |
| NOTES: | |